Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Christopher J. Gilkey )
)
)
)
)
)
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
King of Freight )
Name )
)
110 S. Main St Ste. 300, )
Street and number )
)
Wichita Ks 67202 )
City     State    Zip Code )

FILED
U.S. District Court
District of Kansas

FEB 21 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

Case Number: 20-CV-1053-EFM-KGG
(To be assigned by Clerk)

(Enter above the full name and address of Defendant in this action - list the name and address of any additional Defendants on the back side of this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [X] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [ ] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

   10-9-18 to November 16, 2018

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

   ☒ Yes    Date filed: 11-18
   ☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   ☒ Yes    Date filed: _____
   ☒ No

6. Have you received a Notice of Right-to-Sue Letter?
   ☒ Yes    ☐ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

   ☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ☒ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [x] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [x] terms and conditions of my employment differ from those of similar employees
   - [x] retaliation
   - [ ] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify):

   _____

   _____

   Did you complain about this same conduct in your charge of discrimination?

   [x] Yes   [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [x] my race or color, which is _African American_
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [ ] male; [ ] female
   - [ ] my disability or perceived disability, which is _____
   - [x] my age (my birth year is: _08-19-1961_)
   - [ ] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   [x] Yes   [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

   1. In the second interview with then or more

3

ATTACHMENT 1

2. Selected last by KING OF FREIGHT Caucasian managers during an round robin game: even though I had more successful sales experience then all of my Caucasian co-workers in the group. I believe it was Due to my Race "African American" And Age "fifty and over".

3. KING OF FREIGHT Manager! Mr. William Gallegos stated: his reason for selecting me: "he like the animal that I had chosen to describe myself in the rounds".

4. I asked Mr. William, about the company leads given by KIND OF FREIGHT "if they are bogus leads" He stated: adamantly, that the company wouldn't never do that".

5. Couple of days later in a meeting with me and the group in the round robin game. KIND OF FREIGHT TOP MANAGER! MR. Brandon stated to the group" the leads we send out are not our good leads why would we send out them?"

6. Caucasian co-worker Mr. Steven Pittman had been at the bottom of our group and should have been fired like his co-workers before him and me in our group.

7. Caucasian Mr. Steven sold a lane and jump to the top of the list thus eliminating him from being fired.

7. Days later in a meeting with the remaining of our group. Caucasian Top Manager Mr. Brandon asked; Caucasian Mr. Steven how did he sale that lane? Mr. Steven stated: "I don't know how I sold It"

8. I was later transferred to another manager group Mr. Ricky Enrique Munz for further coaching. Despite the fact that Mr. William wrote to Mr. Brandon how great I was doing. I was still meeting company required four quotes.

9. Caucasian Manager Mr. Munz asked; the only three minorities if we smoke? He stated: We don't take breaks.

ATTACHMENT 2

10. Mr. Munz stated: he only wanted Gucci Freight. "Caucasian workers were not required to get Gucci Freight"

11. When break time came I asked Mr. Ricky do the company supply a way for me to use the rest room while at our desk? Since King of Freight no longer allow breaks?

12. Another Caucasian Manager stated: you are in prison here and laughed while we were in Ricky office. I have not been to jail to know what jail is like.

13. 11-16-2018 Mr. William called me and stated: you should sale something today according to your knew email for live lanes.

14. I presented the live lanes to Mr. Munz He replied: We only want Gucci Freight.

15. Why were not the Caucasian co-work required to only go after so called Gucci Freight? But after all lanes?

16. I was still at King of Freight four proposals when I was Fired by Mr. Rickey Munz.

17. I called Mr. Brandon, he stated: to text him. Note: he never replied back to my text even though he stated: he has an open door policy for any reason.

mangers: A Hispanic lady was selected first out of the group. "One of the Caucasian manger stated; I hope your not the first to be fired like the last person" All the Caucasian manger laughi out loud. Secondly, the whites that were picked before me had far less experience, then I was then selected last.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☒ may still be being committed by Defendant.

12.                          Plaintiff:
    ☐ still works for Defendant
    ☒ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes     ☐ No

Explain: _____

_____

### REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
☐ Defendant be directed to employ Plaintiff
☐ Defendant be directed to re-employ Plaintiff
☐ Defendant be directed to promote Plaintiff
☐ Defendant be directed to _____

4


☒ Injunctive relief (please explain): _____
☒ Monetary damages (please explain): Pain and Suffering, loss of wages ect. —
☒ Costs and fees involved in litigating this case
☒ As additional relief to make Plaintiff whole, Plaintiff

seeks: Compensatory damages and all other damages allowed.

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this __20__ day of __Feb__, 20__20__.

_Christopher J. Gilkey_
Signature of Plaintiff

Christopher J. Gilkey
Name (Print or Type)

PO box 47462
Address

Wichita, KS 67201
City State Zip Code

316-609-6222
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☒ Wichita, ☐ Kansas City, ☐ Topeka}, Kansas as the location for the trial in this matter.
(Select One Location)

_Christopher J. Gilkey_
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes   ☐ No
(Select One)

_Christopher J. Gilkey_
Signature of Plaintiff

Dated: 2-21-20
(Rev. 10/15)

5