AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

CHRISTOPHER J. GILKEY,

JUDGMENT IN A CIVIL CASE

Plaintiff,

V.

CASE NUMBER: 20-1053-EFM

KING OF FREIGHT,

Defendant

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Order (Doc. 10) filed on June 16, 2020, the Report and Recommendation (Doc. 8 ) is ADOPTED in its entirety and this case is dismissed.

6/16/2020

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*